# Court of Appeals
# of the State of Georgia

ATLANTA,  August 03, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1999. DIERRA ROBERSON et al. v. EDWARD LOWTHER.**

The Appellant's Motion to Withdraw Appeal, filed in the above-styled case, is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/03/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*